FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 2 3 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON BRADLEY PATTERSON | Criminal Information<br><br>No. 4:26-CR-006 |

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on a date unknown, and continuing through on or about October 3, 2019, in the Northern District of Georgia, and elsewhere, the defendant, JASON BRADLEY PATTERSON, did knowingly use an interactive computer service for carriage in interstate and foreign commerce of an obscene matter, in violation of Title 18, United States Code, Section 1462(a).

THEODORE S. HERTZBERG
United States Attorney

PAUL R. JONES
 Assistant United States Attorney
Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181